**UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT**

_____

Lewis F. Powell, Jr. United States Courthouse
1000 East Main Street
Suite 212
Richmond, Virginia  23219-3517

Chambers of
ROGER L. GREGORY
Chief Judge

Telephone (804) 916-2607
Fax (804) 916-3055

February 16, 2021

Honorable Paul W. Grimm
District Judge--DMD
6500 Cherrywood Lane, Suite 465A
Greenbelt, MD  20770

>   Re:   Designation to the United States District Court for the Eastern
>         District of Virginia
>         *Erik B. Cherdak v. Liam O'Grady*
>         *No. 1:21-cv-141*

Dear Judge Grimm:

Enclosed is a Designation for you to sit with the United States District Court for the Eastern District of Virginia.  The Designation is made pursuant to 28 U.S.C. § 292(b) in connection with the above-referenced case.

I very much appreciate your willingness to assist the district court in this manner.

>                    Sincerely,
>
>                    *[signature]*
>
>                    Roger L. Gregory

cc:   Honorable Mark S. Davis, Chief District Judge-EDVA
      Honorable James K. Bredar, Chief District Judge-DMD
      James Ishida, Circuit Executive
      Pat Connor, Clerk-4th Circuit
      Fernando Galindo, Clerk, EDVA
      Felicia Cannon, Clerk, DMD

DESIGNATION OF DISTRICT JUDGE
FOR SERVICE IN ANOTHER DISTRICT WITHIN THE CIRCUIT

_____

WHEREAS, in my judgment the public interest so requires: Now, therefore pursuant to the authority vested in me by Title 28, United States Code, Section 292(b), I do hereby designate and assign the Honorable Paul W. Grimm, United States District Judge for the District of Maryland, to hold a district court in the Eastern District of Virginia in the case of *Erik B. Cherdak v. Liam O'Grady*, No. 1:21-cv-141, for such time as needed in advance to prepare and thereafter as required to complete unfinished business in the matter.

_____
Chief Judge
Fourth Circuit

Dated: February 16, 2021