IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| IN RE: )<br>)<br>THE TEMPORARY ASSIGNMENT )<br>OF UNITED STATES MAGISTRATE )<br>JUDGE JOHN F. ANDERSON )<br>FOR SERVICE IN THE DISTRICT )<br>OF MARYLAND )<br>_____) | Case No. 99-mc-0720 |

**ORDER**

Due to the recusal of all the district judges and magistrate judges appointed to serve in the United States District Court for the District of Maryland in relation to a particular matter, and this constituting an "emergency" under 28 U.S.C. § 636(f)[1], United States Magistrate Judge John F. Anderson is TEMPORARILY ASSIGNED to hold court and perform any and all judicial duties specified in 28 U.S.C. § 636(a), (b), and (c), on an "as needed basis," for a term of one year extending from May 6, 2021 until May 5, 2022, and for such time as required in advance to prepare and thereafter to complete unfinished business. This Order of temporary assignment is entered with the express concurrence of the Honorable Mark S. Davis, Chief Judge of the United States District Court for the Eastern District of Virginia, the Court where Magistrate Judge Anderson is otherwise appointed and ordinarily sits.

Richmond, Virginia
Date: June 14, 2021
*Nunc Pro Tunc* as of May 6, 2021

/s/ Roderick C. Young
Roderick C. Young
United States District Judge

---

[1] "In an emergency and upon the concurrence of the chief judges of the districts involved, a United States magistrate judge may be temporarily assigned to perform any of the duties specified in subsection (a), (b), or (c) of this section in a judicial district other than the judicial district for which he has been appointed." 28 U.S.C. § 636(f). Given the recusal of the judges for the District of Maryland, including the chief judge (ECF No. 52), it is appropriate for the designated judge to make this assignment with the concurrence of the chief judge of the Eastern District of Virginia.

I concur in this Order and in the temporary assignment of United States Magistrate Judge John F. Anderson for judicial service in the District of Maryland on the terms specified.

|  |  |
|---|---|
| Norfolk, Virginia<br>Date: June 14, 2021<br>*Nunc Pro Tunc* as of May 6, 2021 | /s/ *[signature]*<br>Mark S. Davis<br>Chief Judge<br>United States District Court for the<br>Eastern District of Virginia |